UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHOICE INTERNATIONAL FAMILY OUTREACH** | * * * | **CIVIL ACTION** |
| **Plaintiff** | * * | **NO.** |
| **VERSUS** | * * * | **JUDGE** |
| **GREAT LAKES INSURANCE SE** | * * | |
| **Defendant** | * * | **MAGISTRATE JUDGE** |

**NOTICE OF REMOVAL**

Defendant, Great Lakes Insurance SE ("Great Lakes"), appearing through undersigned counsel with a full reservation of rights, files this notice of removal of the above captioned action to the United States District Court for the Eastern District of Louisiana, from the Fortieth Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, *et seq*., and respectfully shows the following:

1.

On July 7, 2023, plaintiff, Choice International Family Outreach, filed this action in the Fortieth Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, captioned "*Choice International Family Outreach versus Great Lakes Insurance SE*," (the "Petition") bearing Docket Number 79924. A copy of the Petition is attached hereto in accordance with 28 U.S.C. § 1446 as Exhibit "1."

2.

Great Lakes was served through the Louisiana Secretary of State on July 18, 2023. *See* Exhibit "2," Louisiana Secretary of State Service Return. Thus, this Notice of Removal of the case to the United States District Court is timely filed, it being filed no more than thirty (30) days after service of the Petition, in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

This Court has original jurisdiction over this matter under 28 U.S.C. § 1332, as this is a civil action between citizens of different states and the matter in controversy, on information and belief, exceeds $75,000.00, exclusive of interest and costs.

4.

Plaintiff, Choice International Family Outreach ("Plaintiff"), is a Louisiana resident. *See* Exhibit "1," Petition, ¶ 1. Great Lakes is a wholly owned subsidiary of Munich RE Group, a German insurance company based and with its principal place of business in Munich, Germany. There are no other defendants. Therefore, there is complete diversity between plaintiff and defendant.

5.

Further, it is facially apparent that the matter in controversy exceeds $75,000.00 exclusive of interest and costs, as Plaintiff asserts that its expert adjuster inspected the Property and created an Expert Report documenting $691,636.93 in damages Great Lakes is required to pay Plaintiff for "repair, damages and/or reimbursement." *See* Exhibit "1," Petition ¶ 14.

6.

Thus, this Court has original jurisdiction over this action, and this case may be properly removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the captioned matter is a "civil

action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a).

7.

Great Lakes has provided notice to Plaintiff through delivery of a copy of this Notice and the state court Notice of Filing of Notice of Removal to Plaintiff's counsel of record and also has provided notice to the Clerk of Court for 40th Judicial District Court for the Parish of St. John the Baptist through the filing of this Notice and the Notice of Filing of Notice of Removal into the record of the state court action. The Notice of Filing of Notice of Removal is attached hereto as Exhibit "2."

WHEREFORE, defendant, Great Lakes Insurance SE, prays that this matter be removed to the United States District Court for the Eastern District of Louisiana for further proceedings and disposition.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY:    /s/  *Lauren E. Burk*
         MATTHEW A. WOOLF (#27146)
         TESSA P. VORHABEN (#31293)
         LAUREN E. BURK (#34470)
         FRANK B. O'HALE (#39669)
         201 St. Charles Avenue, Suite 3600
         New Orleans, Louisiana  70170
         Telephone:  (504) 566-5200
         Facsimile:  (504) 636-4000
         Email    mwoolf@bakerdonelson.com
                     tvorhaben@bakerdonelson.com
                     lburk@bakerdonelson.com
                     fohale@bakerdonelson.com

**ATTORNEYS FOR GREAT LAKES INSURANCE SE**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record via electronic mail or U.S. Mail, properly addressed and first-class postage prepaid on August 17, 2023.

                                                                /s/  *Lauren E. Burk*
                                                                 LAUREN E. BURK